**Order filed March 10, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00062-CV
_____

**JANINE SCHORR MORRISON AND ANN-MARIE SEPUKA, Appellant**

**V.**

**TNG BENEFITS, LLC D/B/A THE NOBLE GROUP, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-266198**

# O R D E R

Appellant Ann-Marie Sepuka filed her notice of appeal on January 24, 2020. To date, Sepuka has not paid the filing fee of $205.00.[1] No evidence that Sepuka is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

---

[1] Appellant Janine Schorr Morrison has paid the filing fee for her notice of appeal.

Sepuka is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 20, 2020.** *See* Tex. R. App. P. 5. If Sepuka fails to timely pay the filing fee in accordance with this order, her appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.